# Exhibit 1

 

## Time-Sensitive EEOC Final Decision for EEOC Charge 520-2025-07264 / Decisión final urgente de la EEOC por el cargo 520-2025-07264

**From** EEOC <no-reply@service.eeoc.gov>

**Date** Mon 3/2/2026 4:12 PM

**To** Andrea Paparella <amp@andreapaparella.com>; Caio De Sousa <caiodesousa@andreapaparella.com>; Ms. Annette Lee <atlee1104@gmail.com>



### U.S. Equal Employment Opportunity Commission

The Equal Employment Opportunity Commission (EEOC) has issued a final decision regarding EEOC Charge 520-2025-07264, which can be found in the document titled **NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)** in the [EEOC Public Portal](). This email, as well as the NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST), is official notice that the EEOC has dismissed the above-referenced EEOC charge and that the Charging Party has the right to sue the respondent(s) on this charge in court within 90 days of receipt of this notice. The NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST) also provides additional information related to filing suit under the laws enforced by the EEOC, including important time limits. Please note that the 90-day deadline for Charging Party to file a lawsuit is set by law and failure to file a lawsuit in that time may result in the inability to move forward with a lawsuit.

**You should log into the [EEOC Public Portal](), download and read the NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST) as soon as possible. You should also keep a record of the date you received this notice and save the downloaded NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST).**

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 520-2025-07264. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (800) 669-4000 and destroy all copies of the original message and attachments.*

La Comisión para la Igualdad de Oportunidades de Empleo (EEOC, por sus siglas en inglés), ha emitido una decisión final con respecto al cargo de dicha Comisión 520-2025-07264, que se encuentra en el documento titulado **Notificación de Derecho a Demandar (Emitida a Solicitud de Parte)** en el [Portal Público de la EEOC](). Este correo electrónico, así como la Notificación de Derecho a Demandar (Emitida a Solicitud de Parte), es un aviso oficial que indica que la EEOC ha desestimado el cargo mencionado anteriormente y que la parte acusadora tiene derecho a demandar a los responsables de

este cargo en un tribunal en los 90 días posteriores a la recepción de este aviso. La Notificación de Derecho a Demandar (Emitida a Solicitud de Parte) también proporciona información adicional relacionada con la presentación de la demanda bajo las leyes aplicadas por la EEOC, incluyendo límites de tiempo importantes. Por favor, tenga en cuenta que la fecha límite de 90 días para que la parte demandante presente la demanda está determinada por ley y que, en caso de no presentarla en ese plazo, podría dar como resultado la incapacidad de seguir adelante con esta.

**Debe registrarse en el [Portal Público de la EEOC](#), descargar y leer la Notificación de Derecho a Demandar (Emitida a Solicitud de Parte) lo antes posible. Además, debería tomar nota de la fecha en la que recibió este aviso y guardar la Notificación de Derecho a Demandar (Emitida a Solicitud de Parte) descargada.**

Este correo electrónico es una notificación oficial de la EEOC relacionado con el cargo 520-2025-07264. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en este correo electrónico puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el(la) destinatario(a) previsto(a), se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el(la) destinatario(a) previsto(a), póngase en contacto con el (800) 669-4000 y destruya todas las copias del mensaje original y los archivos adjuntos.*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## **NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)**
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/27/2026

**To:** Ms. Annette Lee
20 Wheeler Avenue
Albertson, NY 11507
Charge No: 520-2025-07264

EEOC Representative and email:    SILVIA DENG-BATISTA
INVESTIGATOR
SILVIA.DENG-BATISTA@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge. The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of the EEOC's official notice of dismissal. Otherwise, your right to sue based on the above-numbered charge will be lost.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-07264.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
02/27/2026
_____
Arlean Nieto
Acting District Director

**Cc:**
NA NA
2000 MARCUS AVE
NEW HYDE PARK, NY 11042

Tamira Brunson
2000 Marcus Ave
New Hyde Park, NY 11042

Elizabeth D Napoli Esq.
Northwell Health
2000 Marcus Avenue
New Hyde Park, NY 11042

Andrea Paparella Esq.
Law Office of Andrea Paparella, PLLC
29th Street Suite 1001
New York, NY 10001

Caio De Sousa
Law Office of Andrea Paparella, PLLC
29th Street Suite 1001
New York, NY 10001


Please retain this Notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2025-07264 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2025-07264 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.